## The State v. John Cronin.

An indictment for selling intoxicating liquors to a minor of scholastic age is defective when it fails to charge the defendant as being a dealer in intoxicating liquors.

Appeal from Matagorda.  Tried below before the Hon. Wm. H. Burkhart.

*Wm. Alexander, Attorney-General*, for appellant.

*Stratton & Thorp* and *McCamly*, for appellee.

Ogden, P. J.—The indictment in this case is defective, in not charging the defendant as being a dealer in intoxicating liquors.  The prohibition of the law has reference to those only who are dealing in intoxicating liquors as a business, who keep open and public houses for that purpose, where youths might be induced to congregate and contract habits of drunkenness, without the knowledge or consent of their parents or guardians.  The court therefore did not err in sustaining the exceptions to the indictment, and the judgment is affirmed.

Affirmed.